IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRENDA JONES,

    Plaintiff,

  v.

Case No.  19-cv-699-wmc

BRENT YORK, ADAMS COUNTY, and
AS-OF-YET UNKNOWN EMPLOYEES OF
ADAMS COUNTY SHERIFF'S DEPARTMENT,

    Defendants.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Brent York and Adams County against plaintiff Brenda Jones dismissing this case.

| s/ K. Frederickson, Deputy Clerk | April 27, 2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |