IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRENDA JONES,

    Plaintiff,

vs.

BRENT YORK, AS-OF-YET UNKNOWN
EMPLOYEES OF THE ADAMS COUNTY
SHERIFF'S DEPARTMENT,
ADAMS COUNTY,

    Defendants.

Case No. 19-cv-699

## NOTICE OF APPEAL

Notice is hereby given that Brenda Jones, Plaintiff in the above captioned case hereby appeals to the United States Court of Appeals for the Seventh Circuit from the decision and order dated April 26, 2021 and the final judgment entered in this action on the 27th day of April, 2021.

Dated: May 25, 2021

DAVEY & GOLDMAN

/s/ Lisa C. Goldman
Lisa C. Goldman, SBN 1029893
Davey & Goldman
5609 Medical Circle, Suite 101
Madison, WI 53719
(608) 630-9700 (telephone)
(608) 205-5645 (facsimile)
lgoldman@daveygoldman.com (email)

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on Tuesday, May 25, 2021, I electronically filed Plaintiffs' Notice of Appeal, PDF Formatted, with the Clerk of Court for the Western District of Wisconsin using the CME/ECF system. The Defendants are represented by attorneys who are registered users of the United States District Court Western District of Wisconsin CME/ECF system.

Dated: May 25, 2021

        DAVEY & GOLDMAN

        /s/ Lisa C. Goldman
Lisa C. Goldman, SBN 1029893
Davey & Goldman
5609 Medical Circle, Suite 101
Madison, WI 53719
(608) 630-9700 (telephone)
(608) 205-5645 (facsimile)
lgoldman@daveygoldman.com (email)

Attorneys for Plaintiff